**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602
813-301-5400

**Sheryl L. Loesch** **Clerk**

January 24, 2008

Gregory and LaTonya Davis
% Virginia A. Dassaw
10495 SW 172nd Street
Miami, FL 33157

RE: USA v. GREGORY DAVIS
8:01-CR-209-T-30TBM

Dear Mr. & Mrs. Davis:

Per court order dated April 10, 2002, enclosed are the Original Agreement to Forfeit Property, certified copy of Order releasing property, and all documentation regarding the property bond.

Certified mail: 7002 2410 0007 0930 1211

Sincerely,

SHERYL L. LOESCH, CLERK

/s/ *Shirley A. Hollon*, Finance Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602
813-301-5400

**Sheryl L. Loesch** **Clerk**

January 24, 2008

Gregory and LaTonya Davis
% Virginia A. Dassaw
10495 SW 172nd Street
Miami, FL 33157

RE: USA v. GREGORY DAVIS
8:01-CR-209-T-30TBM

Dear Mr. & Mrs. Davis:

Per court order dated April 10, 2002, enclosed are the Original Agreement to Forfeit Property, certified copy of Order releasing property, and all documentation regarding the property bond.

Certified mail: 7002 2410 0007 0930 1211

Sincerely,

SHERYL L. LOESCH, CLERK

/s/ *Shirley A. Hollon*, Finance Clerk

Enclosure